# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**RODERIC L. THEODORE, # R5946**                                                **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 5:09-cv-186-DCB-MTP**

**CORRECTIONS CORPORATION OF AMERICA, et al.**            **DEFENDANTS**

## ORDER

Upon consideration of the complaint filed by the Plaintiff in the above entitled action, and having liberally construed said complaint, the Court concludes that the Plaintiff is required to provide additional information. Accordingly, it is hereby,

ORDERED:

1. That on or before December 29, 2009, Plaintiff shall file a written response to:

(a) specifically state how Defendant Corrections Corporation of America violated Plaintiff's constitutional rights;

(b) provide the Court with the full name of Defendant Unknown Williams;

(c) provide the Court with the full name of Defendant Unknown Reddick;

(d) provide the Court with the full name of Defendant Unknown Perry;

(e) provide the Court with the full name of Defendant Unknown Ramsey; and

(f) provide the Court with the full name of Defendant Unknown Claiborne.

**2. That failure to advise this Court of a change of address or failure to timely comply with any order of this Court will be deemed as a purposeful delay and contumacious act by Plaintiff and will result in this cause being dismissed and without further notice to Plaintiff.**

3. That the Clerk of Court is directed to mail a copy of this order to the Plaintiff at his

last known address.

THIS the    8th    day of December, 2009.

                                             s/ Michael T. Parker
                                             UNITED STATES MAGISTRATE JUDGE